# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _CG_ D.C.

05 SEP 22 PM 4:17

U.S.A. vs. Cheryl M. Neal

Docket No. 2:03CR20077-01

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### Petition on Probation and Supervised Release

**COMES NOW** Lorin J. Smith, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Cheryl M. Neal, who was placed on supervision by the Honorable Jon Phipps McCalla, United States District Judge, sitting in the Court at Memphis, Tennessee on the 22nd day of September, 2003 who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse program as directed by the probation office.
2. The defendant shall participate in a mental health evaluation and subsequent treatment as directed by the probation office.
3. The defendant shall be prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation office.
4. The defendant shall provide the probation office access to any requested financial information.
5. The defendant shall pay restitution in the amount of $4,273.00. ($3,945.00 balance)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Neal has not completed payment of the court ordered restitution. Ms. Neal was employed at the beginning of her supervision. She has, however, been unemployed and seeking employment for several months. Ms. Neal has been unable to meet her restitution obligation.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Neal's Probation terminate as scheduled on September 21, 2005 with the understanding that the United States Attorney's Office/Financial Litigation Unit will pursue collection of the fine.

**ORDER OF COURT**

Considered and ordered this _21_ day of _Sept_, 20_05_, and ordered filed and made a part of the records in the above case.

Jon P. McCalla,
United States District Judge

Respectfully,

Lorin J. Smith,
U.S. Probation Officer

Place: Memphis, Tennessee

Date: September 20, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-23-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CR-20077 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT